IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                            No. 16-CV-00694-JB-SMV
                                               No. 14-CR-00423-JB

**RONALD LEWIS CHAVEZ,**

    **Defendant.**

## ORDER GRANTING DEFENDANT'S MOTION TO ENLARGE TIME TO FILE BRIEF

THIS MATTER is before the Court on Defendant's Motion to Enlarge Time to File Brief [CV Doc. 7, CR Doc. 59].[1] The United States has filed no response in opposition, and the time for doing so has passed. Pursuant to D.N.M.LR-Civ. 7.1(b), the United States' failure to timely respond constitutes its consent to grant the motion. Accordingly, the motion will be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Enlarge Time to File Brief [CV Doc. 7, CR Doc. 59] is **GRANTED**. Defendant's brief is due **September 6, 2016**. The United States' Answer is due **October 6, 2016**.

**IT IS SO ORDERED.**

                                                              **STEPHAN M. VIDMAR**
                                                               **United States Magistrate Judge**

---

[1] The Motion was filed on August 5, 2016 in the civil case and on August 8, 2016 in the criminal case. The deadline for responding has passed in both cases.